UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-61021 |
| WORRELL, JAMES LEE, SR<br>WORRELL, CHARLENE ANN | CHAPTER 7 |
| | JUDGE RUSS KENDIG |
| Debtor(s). | |

**MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT OF CLAIMS**

Now comes Lisa M. Barbacci, Trustee ("Trustee"), and hereby moves the court for an order authorizing and empowering the Trustee to compromise and settle the controversy existing between the bankruptcy estate(s) of James Lee Worrell and Charlene Ann Worrell ("Estate"), Defendant-Debtor, James Lee Worrell and Charlene Ann Worrell ("Debtor(s)"), and other possible parties, and, for cause, states as follows:

1. The Trustee commenced an investigation into the financial affairs of the Debtor(s).

2. Based upon such investigation, the Trustee concluded that the Debtor(s) used at least $6,521.59 for preferences, gambling, vacations, and other possible fraudulent conveyances within 90 days of filing.

3. The Estate has a claim for at least $6,521.59 for preferences and possible fraudulent conveyances prior to the filing of the above captioned bankruptcy.

4. The Trustee filed a complaint objecting to the Debtor(s)' discharge under 11 U.S.C. §727(a)(2). See *Barbacci, Trustee v. Worrell*, et. al, Adv. Proc. No. 12-6128.

5. The Debtor(s), while continuing to dispute the merits of the Estate's claims, have nevertheless offered to pay the Estate the sum of $4,000 ("Payment").

6. Upon receipt of the Payment, the Trustee will cause the complaint in Adversary Proceeding No. 12-6128 to be dismissed and enter a Notice of Payment in the main case, Case No. 12-61021.

7. The Debtor(s) further agree that if the Payment is not paid by April 30, 2014, the Court shall enter an Order denying the Debtor(s)' discharge without further notice.

8. In light of the matters in controversy which includes a recognition of the potential of an unfavorable outcome and the anticipated costs associated with the litigation of these matters, the Trustee believes that acceptance of the settlement and compromise offer is in the best interests of the Estate and its creditors.

WHEREFORE, the Trustee prays that this Court enter an Order (i) granting this motion; (ii) authorizing and empowering the Trustee to accept the compromise and settlement of Debtor(s) whereby the Estate will be paid the sum of $4,000; (iii) finding that the Discharge should be denied without further notice if Debtor(s) fail to make the Payment by April 30, 2014; (iv) directing the Trustee to submit an Order dismissing the Complaint in the Adversary Proceeding No. 12-6128 and Notice of Payment in the instant bankruptcy case when the Payment is paid; and (v) granting any and all other relief the Court deems just and proper.

Respectfully submitted,

/s/Lisa M. Barbacci
Lisa M. Barbacci (0039392)
P.O. Box 1299
Medina, Ohio 44258-1299
Telephone: 330-722-4488
Email: barbaccitrustee@gmail.com

CHAPTER 7 TRUSTEE

## NOTICE OF TRUSTEE'S MOTION

LISA M. BARBACCI, Chapter 7 Trustee, has filed papers with the court for the compromise and settlement of claims.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this motion, or if you want the court to consider your views on the Motion, then on or before **November 14, 2013,** you or your attorney must:

**File with the court a written request for a hearing at:**

> Clerk of Courts
> U. S. Bankruptcy Court
> Ralph Regula Federal Building and United States Courthouse
> 401 McKinley Ave SW
> Canton, OH 44702-1745

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

| Lisa M. Barbacci | and | Office of the U.S. Trustee |
|---|---|---|
| Chapter 7 Trustee | | H.M. Metzenbaum Courthouse |
| P. O. Box 1299 | | 201 Superior Avenue East, Suite 441 |
| Medina, OH 44258-1299 | | Cleveland, Ohio 44114-1240 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. If you or your attorney responds in writing then you must attend the hearing scheduled for **3:00 PM** on **November 18, 2013,** in the **Courtroom, United States Bankruptcy Court, Ralph Regula Federal Building and US Courthouse, 401 McKinley Ave. SW, Canton, OH 44702.**

Date:   October 24, 2013                              /s/Lisa M. Barbacci
                                                      Lisa M. Barbacci
                                                      Chapter 7 Trustee
                                                      P.O. Box 1299
                                                      Medina, OH 44258-1299

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Notice was electronically transmitted on or about October 24, 2013, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Lisa M. Barbacci | barbaccibankruptcy@gmail.com |
| Lisa M. Barbacci | barbaccitrustee@gmail.com, lbarbacci@ecf.epiqsystems.com |
| John H Hornbrook | bankruptcy_attys@yahoo.com |
| United States Trustee | (Registered address)@usdoj.gov |

And mailed by regular U.S. Mail on October 24, 2013, to the following parties:

See attached Creditor Matrix.

/s/Lisa M. Barbacci
Lisa M. Barbacci, Chapter 7 Trustee

CREDITOR MATRIX
In re Worrell
Case No. 12-61021

AAM
330 Georgetown Square
Wood Dale, IL 60191-1890

AFNI
404 BROCK DRIVE
PO BOX 3427
Bloomington, IL 61702-3427

American Electric Power
1 AEP Way
Hurricane, WV 25526-1231

AULTMAN MSO DEPT.
P.O. BOX 80690
CANTON, OH 44708-0690

Birds and Blooms
PO Box 5294
Harlan, IA 51593-0794

CAT Communications
PO Box 13167
Roanoke, VA 24031-3167

COMPUTER CREDIT
PO BOX 5238
Winston Salem, NC 27113-5238

BANK ONE
PAYMENT CENTER
P.O. BOX 94014
PALATINE, IL 60094-4014

Consumers National Bank
614 East Lincoln Way
Minerva, OH 44657-2096

City of Canton Income Tax Dept
424 Market Ave N
PO Box 9940
Canton, OH 44711-0940

DOLLAR Financial Group
1436 Lancaster Avenue, Suite 210
Berwyn, PA 19312-1288

Drew Gonyias
P O Box 2724
North Canton, OH 44720-0724

Fidelity National Collections Div.
Fidelity Properties Inc.
P.O. Box 2055
Alliance, OH 44601-0055

Green Tree Financial
332 Minnesota St. Ste. E610
Saint Paul, MN  55101-1311

MICHAEL MARGELEFSKY
709 MADISON AVE SUITE 302
TOLEDO, OH 43604-6624

AEP
P.O. Box 24404
Canton, OH 44701-4404

AFNI
DEPT. 555
PO BOX 4115
Concord, CA 94524-4115

ALLIANCE ONE
PO BOX 3102
Southeastern, PA 19398-3102

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Byl Collection
PO Box 569
Malvern, PA 19355-0569

Canton City Utilities
PO Box 9955
Canton, OH 44711-0955

CBSC, Inc.
PO Box 2818
North Canton, OH 44720-0818

Charlene Ann Worrell
James Lee Worrell Sr
11051 Melissa Ln
Minerva, OH 44657-9609

Credit Bureau of Stark Co.
6973 Promway Avenue N.W.
Canton, OH 44720-7321

Delta Management Associates
100 Everett Ave., Ste. 600
PO Box 9191
Chelsea, MA 02150-9191

Dominion East OH Gas Co.,
P.O. Box 26785
Richmond, VA 23261-6785

EQUIFAX
PO BOX 740241
Atlanta, GA 30374-0241

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

JP Morgan Chase
111 E. Wisconsin Ave.
Milwaukee, WI 53202-4812

Kevin Lhommedieu Esq
218 Cleveland Ave. S
PO Box 24218
Canton, OH 44701-4218

Alliance Community Hospital
200 E. Rice Street
Alliance, OH 44601

Alliance Asset Mgmt.
330 Georgetown Square, Suite 104
Wood Dale, IL 60191-1890

American Collection Sys.
PO BOX 27148
Columbus, OH 43227-0148

AULTMAN HOSPITAL
2600 6TH STREET S.W.
CANTON, OH 44710-1799

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114-3299

Capital Recovery
PO Box 1170
Fairfax, VA 22038-1170

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Crescent Bank & Trust
c/o Crescent Recovery, LLC
PO Box 1097
Chesapeake, VA 23327-1097

DISH Network
Dept. 0063
Palatine, IL 60055-0001

Experian
701 Experian Parkway
PO Box 2002
Allen, TX 75013-2002

Dominion East Ohio Gas
P.O. Box 5759
Cleveland, OH 44101-0759

FIRST CREDIT
PO BOX 630838
Cincinnati, OH 45263-0838

Portfolio Investments II LLC
c/o Recovery Mgmt. Sys. Corp.
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Katie Chawla, Esq.
110 Central Plaza S, Ste. 510
Canton, OH 44702-1413

RMS
240 EMERY ST
PO BOX 20867
Lehigh Valley, PA 18002-0867

MODERNPATH
5620 SOUTHWYCK BLVD
Toledo, OH 43614-1501

MQC COLLECTION
PO BOX 140700
Toledo, OH 43614-0700

MULLINAX FORD
5900 WHIPPLE AVE NE
North Canton, OH 44720

OMNI ORTHOPAEDICS
PO BOX 36959
Canton, OH 44735-6959

NAFS
PO BOX 9027
Buffalo, NY 14231-9027

NEUROCARE
PO BOX 35006
Canton, OH 44735-5006

ODALE
PO BOX 6001
Emmaus, PA 18098-0601

PCB
PO BOX 29917
Columbus, OH 43229-7517

PAY MED SOLUTIONS
PO BOX 630842
Cincinnati, OH 45263-0842

PREVENTION
PO BOX 5886
Harlan, IA 51593-1386

PREVENTION
PO BOX 6002
Emmaus, PA 18098-0602

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

QUICK CASH
2757 CLEVELAND AVE NW
Canton, OH 44709-3391

Radiology Services of Canton
PO Box 20238
Canton, OH 44701-0238

RBC
PO Box 1548
Mansfield, OH 44901-1548

Reader's Digest
PO Box 7825
Red Oak, IA 51591-0825

Receivable Management
PO Box 20787
Lehigh Valley, PA 18002-0787

Recovery Mgmt. Sys. Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Revenue Reporting Services
3221 Southwestern Blvd #236
Orchard Park, NY 14127-1230

Reiman Publications
PO BOX 5294
Harlan, IA 51593-0794

Republic Services
2800 Erie St. S
Massillon, OH 44646-7915

RODALE
PO Box 6001
Emmaus, PA 18098-0601

RMCB
4 Westchester Plaza, Ste. 110
Elmsford, NY 10523-3835

Mercy Medical Center
1320 Timken Mercy Drive NW
Canton, OH 44708-2641

Stark Co. Dept. Job & Family Svcs.
221 3rd Street SE
Canton, Ohio 44702-1302

SBC
Bill Payment Center
Saginaw, MI 48663-0001

Revenue Reporting Services
21 Princeton Place
Orchard Park, NY 14127-2317

Stark County ER Physicians
PO BOX 20670
Canton, OH 44701-0670

Stark County ER
PO Box 21020
Canton, OH 44701-1020

Transworld Systems
PO BOX 1864
Santa Rosa, CA 95402-1864

The Repository
500 Market Ave. S
PO Box 9901
Canton, OH 44711-0901

Stark County Anesthesia
Dept. 4020
Box 14806
Columbus, OH 43214

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

Stark County Treasurer
110 Central Plaza South
Canton, OH 44702-1410

SUSANA LYKINS ESQ.
PO BOX 5480
Cincinnati, OH 45201-5480

THE CBE GROUP
PO BOX 2038
Waterloo, IA 50704-2038

TRANSWORLD SYSTEMS
9655 Sweet Valley Dr., Bldg. D#2
Cleveland, OH 44125-4270

Trans Union Corporation
P.O. Box 1000
Chester, PA 19016-1000

Time Warner Cable Co.
5520 Whipple Ave. NW
Canton, OH 44720-7700

Woodland Diagnostic Imaging
12061 Collections Center Dr.
Chicago, IL 60693-0120

US Bank
608 Roaff Road SW
Canton, OH 44710-1556

Verizon Cell Phone Svcs.
PO Box 920041
Dallas, TX 75392-0041

YU GI OH
PO BOX 6023
Jefferson City, MO 65102-6023